FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

13 DEC -3 PM 4:02

UNITED STATES OF AMERICA

v.

STEVEN EDWARD SPEER

CASE NO. 8:13-CR- 561 24 AEP
18 U.S.C. § 2251(a)
18 U.S.C. § 2252(a)(1)
18 U.S.C. § 2252(a)(4)(b)
18 U.S.C. § 2253 - Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On an unknown date between in or about May 2012 and in or about November 2012, in the Middle District of Florida and elsewhere,

STEVEN EDWARD SPEER,

defendant herein, did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce, and the visual depiction was transported using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce, to wit: a video recording, known to the Grand Jury that can be identified by the file name that ends

in "7552.3gp," and which depicts a prepubescent female minor engaged in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

On an unknown date between in or about May 2012 and in or about November 2012, in the Middle District of Florida and elsewhere,

STEVEN EDWARD SPEER,

defendant herein, did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce, and the visual depiction was transported using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce, to wit: multiple images, which depict a prepubescent female minor engaged in sexually explicit conduct with the defendant, and include a sign with an e-mail address.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

On an unknown date between in or about May 2012 and in or about November 2012, in the Middle District of Florida and elsewhere,

STEVEN EDWARD SPEER,

defendant herein, did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce, and the visual depiction was transported using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce, to wit: an array of images where a prepubescent female minor is depicted wearing a yellow shirt while engaged in sexually explicit conduct with the defendant, including performing oral sex on the defendant.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

From an unknown date no later than on or about November 12, 2012 and continuing through on or about November 5, 2013, in the Middle District of Florida and elsewhere,

STEVEN EDWARD SPEER,

the defendant herein, knowingly transported in interstate and foreign commerce by means of the Internet, a facility of interstate or foreign commerce, one or more visual depictions of a minor engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

### COUNT FIVE

From an unknown date no later than in or about October, 2012 and continuing through on or about November 5, 2013, in the Middle District of Florida and elsewhere,

STEVEN EDWARD SPEER,

the defendant herein, did knowingly possess numerous items that contained visual depictions of a minor engaging in sexually explicit conduct and the production of which involved the use of a minor engaging in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce by computer, and which were produced using materials which had been so shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2252(a)(4)(b) and (b)(2).

## **FORFEITURE**

1.  The allegations contained in Counts One, Two, Three, Four, and Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2.  From his engagement in the violation alleged in Counts One, Two, Three, Four, and Five of this Indictment, the defendant,

STEVEN EDWARD SPEER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his right, title, and interest in:

   a.  any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 through 2258;

   b.  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c.  any property, real or personal, used or intended to be used to commit or to promote the commission of such offense including but not limited to the following:

      i.  LG MS 770 cellular telephone, serial number 209KPDT0356874; and

      ii. Dell Inspiron 3250 laptop, serial number JLB5BVI.

3.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
JENNIFER L. PERESIE
Assistant United States Attorney

By: _____
SIMON A. GAUGUSH
Assistant United States Attorney
Chief, General Crimes Section

6

FORM OBD-34
APR 1991

No. 8:13-CR-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

STEVEN EDWARD SPEER

## INDICTMENT

Violations:

Title 18, United States Code, Section 2251(a)
Title 18, United States Code, Section 2252(a)(1) and (b)(1)
Title 18, United States Code, Section 2252(a)(4)(b)

A true bill,

_____
Foreperson

Filed in open court this 3rd day

of December 2013.

_____
Clerk

Bail  $ _____

GPO 863 525