Steven Edward Speer
Pro Se
POB 24550
Tucson, AZ 85734-4550
Defendant/Appelant

UNITED STATES DISTRICT COURT
District of Middle Florida

US                                     No.8:13-CR-561-T-24AEP

v.                                     DECLARATION IN SUPPORT
                                       OF MOTION FOR APPEAL
STEVEN EDWARD SPEER                    NUNC PRO TUNC

DECLARATION OF STEVEN EDWARD SPEER

1. My name is Steven Edward Speer. I am over 18 years of age. I reside at United States Penitentiary Tucson Arizona. I am fully competent to make this Declaration and I have personal knowledge of the facts stated in this Declaration. To my knowledge, all of the facts stated in this Declaration are true and correct.

2. I am the defendant in this matter. I make this Declaration in Support of Motion for Appeal Nunc Pro Tunc.

3. I Declare that within 2-3 days after my sentencing on 30 Octobre, 2014, my counsel, Jeff Quisenberry did visit me at Pinellas County Jail, at which time I did request for him to file an appeal on my behalf in the above captioned case.

4. I Declare that on that same day listed above, Jeff Quisenberry did state to me that he would file my appeal in my federal case ( No. 8:13-CR-561-T-24AEP) at the conclusion of my state proceedings.

5. I Declare that as of 5 Novembre, 2014, I did believe the above captioned case to be the appellat court and in appellat review by the Honourable Court of Appeals for the Eleventh Circuit.

1

DECLARATION OF STEVEN EDWARD SPEER
Continuation

6. I Declare that I did send a letter of enquary regarding the status of my appeal to Jeff Quisenberry on 15 February 2016. (See Exhibit 1)

7. I Declare that on 30 March 2016, at 10:20 am PT, Jeff Quisenberry did arrange a phone call with me through my counselor at USP Tucson, at which time he did inform me that an appeal had not been filed in my case as I requested.

8. I Declare that on 30 March 2016, at 10:20 am PT, Jeff Quisenberry did tell me that the reason he did not file my appeal was that I waived my right to any appeal because I entered a guilty plea and that he would not recomend application for an out-of-time appeal.

9. I Declare that on 26 April 2016, I did send to Jeff Quisenberry a letter requesting that he respond to my previous letter in writing stating the above facts. ( See exhibit 2)

10. I Declare that as of 22 February 2017, I have not received a reply from Jeff Quisenberry as to why an appeal was not filed as I requested him to do regarding my sentence.

I Declare under penalty of perjury that the foregoing Declaration is true and correct. I have executed this Declaration on 22 February 2017, at USP Tucson, Federal Prison, Tucson, Az

E. Wade Clowers /seal/
Witness/ Paralegal

Steven Edward Speer
Steven Speer

Exhibit 1

Steven Speer

59066-018

U.S.P. Tucson

P.O. Box 24550

Tucson, AZ 85734-4550

15, February 2016

Jeff Quisenberry

506 N. Armenia Ave.

Tampa, FL 33609

RE: U.S. v. Speer Case No. 8:13-CR-561-T-24AEP

Dear Mr. Quisenberry,

On 30-October-2014 you represented me in the above referenced matter. At the end of sentencing I requested for you to file an appeal on my behalf. At which time you stated that you would do so when the state case was concluded.

My previous attempts to contact you have met with no results.

I have not received a copy of the filing, an update or Anders brief from you.

Please update me as to the status of my appeal.

Please direct correspondence to the address above.

Thank you for your time and assistance. I am,

Respectfully,

Steven Speer

cc: Court

   File

Steven Speer
59066-018
USP Tucson
POB 24550
Tucson, AZ 85734-4550

Jeff Quisenberry
506 N Armenia Ave
Tampa, FL 33609

26 April, 2016

RE: US v Speer, 8:13-CR-561-T-24AEP

Exhibit 2
1 of 2

Dear Mr. Quisenberry,

On 15 February, 2016, I did send to you a letter requesting the status of my appeal.

On 30 March, 2016, at 10:20am/pt you did arrange a phone call with me through my counselor at USP Tucson.

During that conversation you conveyed the following information in response to my questions:

1. You did not file my appeal as I requested because I waived my right to appeal by entering a guilty plea.

2. You did not inform me of this fact when I requested that you file an appeal on my behalf and instead you told me that you would file an appeal at the conclusion of my state case.

3. You do not recommend filing an appeal out-of-time in the state court because I could get a life sentence instead of the 60 years that you worked hard to get for me.

4. You stated that you would file a motion to reduce my state sentence once I complete 1/3 of my state sentence.

5. You stated that you would file a motion on my behalf to have me moved from USP Tucson to USP Coleman I.

6. I also requested that you send to me my complete case file including discovery for my review. To date I have not received any of this material nor have I received any correspondence from you.

Please respond to this correspondence in writing, confirming the above information and my understanding. Do not contact my counselor nor request a phone conversation as I will refuse.

I expect your response, in writing, within 10 days of your receipt of this letter.

Thank you for your attention to this matter. I am,

Respectfully

Steven Speer

| English | Customer Service | USPS Mobile | Register / Sign In |

**USPS.COM**

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70151520000181058880

Exhibit 2
2 of 2

Updated Delivery Day: Thursday, June 16, 2016

## Product & Tracking Information

**Postal Product:**  
**Features:** Certified Mail™

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 20, 2016, 10:40 am | Delivered, Front Desk/Reception | TAMPA, FL 33609 |

Your item was delivered to the front desk or reception area at 10:40 am on June 20, 2016 in TAMPA, FL 33609.

| June 18, 2016, 8:29 am | Business Closed | TAMPA, FL 33609 |
| June 17, 2016, 9:43 pm | Departed USPS Facility | TAMPA, FL 33630 |
| June 17, 2016, 6:19 pm | Arrived at Unit | TAMPA, FL 33607 |
| June 17, 2016, 9:21 am | Arrived at USPS Facility | TAMPA, FL 33630 |
| June 16, 2016, 7:21 am | Out for Delivery | TUCSON, AZ 85706 |
| June 16, 2016, 7:11 am | Sorting Complete | TUCSON, AZ 85706 |
| June 15, 2016, 11:38 pm | Departed USPS Facility | PHOENIX, AZ 85026 |
| June 15, 2016, 9:07 pm | Arrived at USPS Facility | PHOENIX, AZ 85026 |
| June 15, 2016, 7:28 am | Arrived at USPS Facility | TUCSON, AZ 85706 |

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard. No tracking numbers necessary.

Sign up for My USPS ›



## NOTICE OF PARALEGAL ASSISTANCE

This is to inform the Honourable Court that Paralegal assistance was rendered to the Pro Se inmate in the filing and preparation of the enclosed motion and documents to this Court.

Assistance provided was in accord with BOP Programme Statement PS:1315.07, 11 May 1999, Legal Activities, inmate, §10 d.(2) and f.(1),(2).

Assistance included research, definitions, formating, explanations of legal decisions and cases, and typing.

At no time was legal advise given nor any recommendations made. The information was presented to the Pro Se inmate and all decisions were his alone.

All rules set forth by NALA and the ABA were followed to the best of my ability in this setting and at no time did I, the Paralegal, engage in UPL.

Please regard any errors in citing, formatting, form and verbiage to be the responsibility and fault of the Paralegal and not that of the Pro Se inmate/ petitioner.

Sworn to this 20 day of March, 2017

E. Wade Clowers
Paralegal
Graduate Blackstone